AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BUTLER SIMPSON,
Ms, Individually and behalf of all others
similarly situated, including on behalf
of KS, on behalf of M S, on behalf
of MS, on behalf of PS, on behalf of
Lawrence Butler,

                         Plaintiff,

                v.                             **Civil Action No.:** 1:18-cv-52 TLS PRC

LARRY BROWN, President
Allen Co Council, in their official
and individual capacities;
ALLEN COUNTY IN, in their
official and individual capacities;
THERESA BROWN, President
Allen County Commissioners, in their
official and individual capacities;
CYNTHIA LONGEST, Deputy Director,
Indiana Division of Child Services, Child
Support Bureau, in their official and
individual capacities; DAVID BROWN,
IV-D Deputy Prosecutors, in their official
and individual capacities; ALLEN COUNTY
IV-D PROSECUTING ATTORNEY'S OFFICE,
in their official and individual capacities;
ANDREW SCHWELLER, IV-D Deputy
Prosecutors, in their official and individual
capacities; ALLEN COUNTY BOARD OF
JUDGES, in their official and individual
capacities; DANIEL HEATH, Honorable,
in their official and individual capacities;
MARTIN HILLARY, Temporary Judge,
in their official and individual capacities;
CHARLES PRATT, Honorable, in their
official and individual capacities; STEPHEN
ROTHBERG, Temporary Judge, in their
official and individual capacities; LIZABETH

A. BORGMANN, Allen County Clerk
of Court, in their official and individual
capacities; MARIE COOMER, Court Reporters,
in their official and individual capacities;
LISA PORTER, Court Reporters, in their
official and individual capacities; CATHERINE
STIEBELING, Court Reporters, in their official
and individual capacities; ALLEN COUNTY PUBLIC
DEFENDER BOARD, in their official and individual
capacities; STEPHEN MILLER, Allen County
Public Defenders, in their official and individual
capacities; MARK THOMA, Allen County Public
Defenders, in their official and individual
capacities; ROBERT GEVERS, Allen County
Public Defenders, in their official and individual
capacities; DONALD SIMPSON; RANDALL
HAMMOND, Allen County Chief Public Defender,

Defendants.

# JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one):*

☐ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment
interest at the rate of _____ % along with costs.

☐  the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

**X** Other:  This case is DISMISSED.

This action was (*check one):*

☐ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was
reached.

**X** decided  by Chief Judge  <u>Theresa L. Springmann</u> .


DATE:<u> October 15, 2018      </u>          ROBERT TRGOVICH, CLERK OF COURT


                                    By: <u>  s/K. Pflueger            </u>
                                         Signature of Clerk or Deputy Clerk